EDDIE R. JIMENEZ (SBN 231239)
MATTHEW R. CLARK (SBN 271054)
ERIN L. LANEY (SBN 259863)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, NA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CHRISTINE ANN DELGADO,<br><br>Debtor. | Case No.10-45628-EDJ<br><br>Chapter 13<br><br>R.S. No. MC-196<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>DATE: November 23, 2011<br>TIME: 10:00 am<br>CTRM: 215<br><br>1300 Clay Street<br>Oakland, CA 94604-1426 |

I, Teressa J. Williams, declare:

1. I am over 18 years of age and am employed as a Vice President of Loan Documentation of Wells Fargo Home Mortgage ("WFHM"), a division of Wells Fargo Bank, N.A. ("WFHM"). In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I would testify under oath as to the following:

2. I have access to and am familiar with WFHM's books and records regarding the Loan, including WFHM's servicing records and copies of the applicable Loan documents. I am familiar with the manner in which WFHM maintains its books and records, including computer records relating to the servicing of the Loan. WFHM's records are made at or near the time of

- 1 -

the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by WFHM in the regular course of WFHM's business. WFHM relies on such records in the ordinary course of its business.

3. According to WFHM's books and records, the Loan is evidenced by a promissory note executed by Christine Delgado ("Debtor") and dated November 2, 2004, in the original principal amount of $265,000.00 (the "Note"). *See* Exhibit A.

4. The Note is indorsed and payable to Wells Fargo Bank, NA. *See* Exhibit A.

5. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 721 Mariposa Street, Rodeo, California 94572 (the "Property"). The Deed of Trust reflects that it was duly recorded. *See* Exhibit B.

6. Copies of the Note and Deed of Trust which are attached hereto as Exhibits A and B are true and correct copies of said documents contained in WFHM's business records.

7. The Deed of Trust was assigned to Wells Fargo Bank, NA. A copy of the Assignment of Deed of Trust is attached hereto as Exhibit C.

8. On or about December 11, 2008, WFHM and Debtor entered into a Loan Modification Agreement whereby it was agreed that the unpaid principal balance was in the amount of $255,106.95 and a new maturity date of January 1, 2049. A copy of the Loan Modification Agreement is attached hereto as Exhibit D.

9. A default exists under the Loan for failure to make payments due and owing under the Note and Deed of Trust.

/././
/././
/././
/././
/././
/././
/././

10. As of October 5, 2011, the post-petition payments due under the Loan are as follows:

| PAYMENTS | | | |
|---|---|---|---|
| Number of Payments | Payment Amount | Payment Dates | Total |
| 3 | $1,374.23 | 8/1/2011 to 10/1/2011 | $4,122.69 |
| FEES/CHARGES/OTHER | | | |
| Fee Type | Fee Amount | | Total |
| suspense | $(1,249.29) | | $(1,249.29) |
| Total Post-Petition Payments as of October 5, 2011 | | | $2,873.40 |

11. An additional payment will come due on November 1, 2011, and on the 1st day of each month thereafter until the Loan is paid in full.

12. A copy of the post-petition payment accounting is attached hereto as Exhibit E.

13. As of October 6, 2011, the estimated payoff amount owed under the Note is approximately $270,105.55.

14. The sums set forth in this declaration may not include any late charges, escrow advances, attorneys' fees, costs, or other fees and charges that might otherwise be included in the event that a payoff and/or reinstatement quote is requested or provided.

15. WFHM has retained counsel to represent it in this matter, and is thereby incurring attorneys' fees and expenses in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 13 day of Oct, 2011, at fort mill South Carolina.

PRINT NAME HERE: Teressa J. Williams

- 3 -

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY